# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 10, 2011

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 11-1326

Caption:
UNITED STATES OF AMERICA,
Petitioner - Appellant

v.

DARRYL L. JOHNSON,
Respondent - Appellee

District Court No: 1:02-cv-06998
Court Reporter Alexandra Roth
Clerk/Agency Rep Michael Dobbins
District Judge William Hibbler

Date NOA filed in District Court: 02/10/2011

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)