# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO FILE RESPONSE

February 24, 2011

| | |
|---|---|
| No.: 11-1326 | UNITED STATES OF AMERICA, Petitioner - Appellant<br><br>v.<br><br>DARRYL L. JOHNSON, Respondent - Appellee |

**Originating Case Information:**

District Court No: 1:02-cv-06998
Northern District of Illinois, Eastern Division
District Judge William J. Hibbler

**IT IS ORDERED** that the appellant United States of America, file a response to **APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION**, filed on February 23, 2011.  Response is due no later than March 9, 2011.

form name: **c7_NoticeToFileResponse**(form ID: **120**)