# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 2, 2011

|  |  |
|---|---|
| Nos.: 11-1326 & 11-1443 | UNITED STATES OF AMERICA, Respondent - Appellant / Cross - Appellee <br><br> v. <br><br> DARRYL L. JOHNSON, Petitioner - Appellee / Cross - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:02-cv-06998 <br> Northern District of Illinois, Eastern Division <br> District Judge William J. Hibbler |

Upon consideration of the **AGREED MOTION TO STAY APPEALS AND SUSPEND BRIEFING ON MOTION TO DISMISS, APPEAL AND CROSS-APPEAL**, filed on March 2, 2011, by counsel for the Respondent,

**IT IS ORDERED** that the motion is **GRANTED.** All filing deadlines in these appeals are **DEFERRED** until the Solicitor General has decided whether to authorize an appeal.

If the Solicitor General authorizes an appeal, the United States must notify the court immediately, and must file, within seven days of the Solicitor General's decision, the response to Johnson's motion to dismiss the appeal. Briefing will be deferred until that motion has been resolved. If the Solicitor General does not authorize an appeal, both parties should dismiss their appeals promptly.

form name: **c7_NullOrderFiled**(form ID: **110**)