Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 3/10/2011 |
| **CASE TITLE** | U.S.A. vs. DARRYL LAMONT JOHNSON | | |

**DOCKET ENTRY TEXT**

In reviewing the record, the Court adopts the minute order entered by Judge Conlon in 96 CR 379-1 on 6/4/2002 as applicable in this case. Terence H. Campbell and Lorinda Meier Youngcourt are appointed as counsel and co-counsel for defendant nunc pro tunc 9/30/2002.

Docketing to mail notices.

District Court Order

Nos. 11-1326 & 11-1443

Filed 3/18/2011

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

02C6998 U.S.A. vs. DARRYL LAMONT JOHNSON

Page 1 of 1