# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse Room 2722 - 219 S. Dearborn Street Chicago, Illinois 60604 | | Office of the Clerk Phone: (312) 435-5850 www.ca7.uscourts.gov |

## NOTICE OF RECORD RETURN

June 1, 2011

To:      Michael W. Dobbins
         UNITED STATES DISTRICT COURT
         Northern District of Illinois
         Chicago , IL 60604-0000

| | |
|---|---|
| No.: 11-1326 | DARRYL L. JOHNSON, Petitioner - Appellee  v.  UNITED STATES OF AMERICA, Respondent - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:02-cv-06998 Northern District of Illinois, Eastern Division District Judge William J. Hibbler |

The mandate or agency closing letter in this cause issued on May 26, 2011.

Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| | |
| Loose pleadings: | 2 |
| | |

Transcripts:                                                    1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                    _____

form name: **c7_Record_Return_toDC**(form ID: **205**)